UNITED STATES *v.* CHAS. A. REDDEN (KRESGE DEPT. STORE)

**No. 5089.**—Invoice dated Belfast, Ireland, September 21, 1939.
Certified September 22, 1939.
Entered at Newark, N. J., October 19, 1939.
Entry No. N–259.

(Decided January 10, 1941)

*Charles D. Lawrence,* Acting Assistant Attorney General (*Samuel D. Spector,* special attorney), for the plaintiff.
*Strauss & Hedges* (*Hadley S. King* of counsel) for the defendant.

KINCHELOE, Judge: This appeal to reappraisement has been submitted for decision upon a stipulation of counsel to the effect that the market value or price at the time of exportation of the instant merchandise at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930 was 6 pence per yard, plus 5 per centum war risk insurance, less 3½ per centum, plus packing as invoiced, and that there was no higher foreign value for the merchandise.

On the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is 6 pence per yard, plus 5 per centum war risk insurance, less 3½ per centum, plus packing as invoiced. Judgment will be rendered accordingly.